UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 12-cv-60948

KATHERINE W. YOUNG,

      Plaintiff,

v.

REDLINE RECOVERY SERVICES, LLC,

      Defendant.

_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

      In accordance with Local Rule, comes now Defendant, REDLINE RECOVERY SERVICES, LLC, and hereby certifies that the instant action

_____ IS       related to pending or closed civil criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____

__X__ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State Court, or administrative agency.

      I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after appearance of the party.

      Dated:  June 11, 2012

Respectfully submitted,

**GOLDEN & SCAZ, PLLC**
201 North Armenia Avenue
Tampa, FL 33609
Telephone: 813-251-5500
Facsimile: 813-251-3675
Email: dale.golden@goldenscaz.com
Email: cmchale@goldenscaz.com

By: s/_Charles J. McHale
    Dale T. Golden, Esq.
    Florida Bar No. 0094080
    Charles J. McHale, Esq.
    Florida Bar No. 0026555

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all parties of record, this 11th day of June, 2012.

    s/_Charles J. McHale
    Dale T. Golden, Esq.
    Florida Bar No. 0094080
    Charles J. McHale, Esq.
    Florida Bar No. 0026555